IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOHN WELLS | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. 2:18-CV-00139 |
| AMERI-CO CARRIERS, INC. AND | § | |
| THE UNKNOWN HEIRS OF THE ESTATE OF | § | |
| HARRY JOHN BACCAIRE | § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff JOHN WELLS and Defendants AMERI-CO CARRIERS, INC. AND THE UNKNOWN HEIRS OF THE ESTATE OF HARRY JOHN BACCAIRE, and jointly move this Court for an order dismissing Plaintiff's lawsuit against Defendants AMERI-CO CARRIERS, INC. AND THE UNKNOWN HEIRS OF THE ESTATE OF HARRY JOHN BACCAIRE with prejudice and in support hereof shows:

Plaintiff no longer desires to maintain his cause of action against Defendants AMERI-CO CARRIERS, INC. AND THE UNKNOWN HEIRS OF THE ESTATE OF HARRY JOHN BACCAIRE.

WHEREFORE, Plaintiff and Defendants AMERI-CO CARRIERS, INC. AND THE UNKNOWN HEIRS OF THE ESTATE OF HARRY JOHN BACCAIRE request this court to enter an order dismissing Defendants AMERI-CO CARRIERS, INC. AND THE UNKNOWN HEIRS OF THE ESTATE OF HARRY JOHN BACCAIRE from this suit with prejudice.

Respectfully submitted,

*[signature]*

BRENT GOUDARZI
State Bar No. 00798218
MARTY YOUNG
SBN: 24010502
goudarziyoung@goudarzi-young.com
Goudarzi & Young, L.L.P.
P.O. Drawer 910
Gilmer, Texas 75644
903-843-2544 Telephone
903-843-2026 Facsimile
Attorney for Plaintiff

/s/ Shelly S. Jock

SHELLY S. JOCK
State Bar No. 00794026
Law Office of James A. Lawrence
105 Decker Ct., Suite 150
Irving, Texas  75062-2211
(972) 650-8048 (Telephone)
(972) 717-5349 (Facsimile)
Jocks1@nationwide.com
Attorney for Defendants